IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) Cr. No. _____ |
| vs. | ) 29 U.S.C. § 501(c) |
| | ) 29 U.S.C. § 439(c) |
| JANICE PATTERSON, | ) |
| Defendant. | ) |

# INDICTMENT

**THE GRAND JURY CHARGES:**

## COUNT 1

Beginning on or about May 31, 2002, and continuing thereafter until on or about July 12, 2002, in the Western District of Tennessee, the defendant,

------------------------------------ **JANICE PATTERSON** ------------------------------------

while an officer, that is bookkeeper of the TEAMSTERS, AFL-CIO Local Union 984, a labor organization engaged in an industry affecting commerce as defined by Sections 402(i) and 402(j), Title 29, United States Code, did embezzle, steal and unlawfully and willfully abstract and convert to her own use funds, property, and assets of said labor organization in the approximate amount of $3234.54; in violation of Title 29, United States Code, Section 501(c).

## COUNT 2

On or about June 4, 2002, in the Western District of Tennessee, the defendant,

---------------------------------------- **JANICE PATTERSON** ----------------------------------------

while a bookkeeper of the TEAMSTERS, AFL-CIO Local Union 984, a labor organization engaged in an industry affecting commerce as defined by Sections 402(i) and 402(j), Title 29, United States Code, did willfully falsify, conceal, withhold and destroy a record required to be kept pursuant to 29 U.S. C. § 436, specifically a check in the amount of $796.25; in violation of Title 29, United States Code, Section 439(c).

## COUNTS 3-11

The Grand Jury realleges, reasserts and incorporates herein by reference all the allegations set forth in Count 2 of this Information in each of the following counts, except the date and the amount which are for each count as follows:

| COUNTS | DATE OF OFFENSE | AMOUNT |
|---|---|---|
| 2 | June 21, 2002 | $642.22 |
| 3 | July 1, 2002 | $356.32 |
| 4 | July 11, 2002 | $290.22 |
| 5 | July 12, 2002 | $423.11 |
| 6 | July 18, 2002 | $746.22 |

All in violation of Title 29, United States Code, Section 439(c).

A TRUE BILL

S/GRAND JURY FOREPERSON

DATE: _February 21, 2006_

_[signature]_
UNITED STATES ATTORNEY